HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JULAINE SOLOMON, | CASE NO. C11-5114RBL |
| Plaintiff, | ORDER |
| v. | |
| SOCIAL SECURITY, | |
| Defendant. | |

THIS MATTER comes on before the above-entitled court upon Plaintiff's Application to Proceed *In Forma Pauperis* and a proposed Complaint.  Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Plaintiff's Application to Proceed *In Forma Pauperis* is deficient.  It does not include a signed written consent for payment of costs from any recovery required by CR 3, <u>Local Rules</u> <u>W.D. Wash.</u>  Plaintiff shall file with the Clerk the required form (available from the Clerk or at the Court's website, www.wawd.uscourts.gov) within 14 days of entry of this Order.

Plaintiff's proposed Complaint is also deficient.  Under Fed. R. Civ. P. 8(a), a complaint shall contain (1) "a short and plain statement of the grounds for the court's jurisdiction," (2) "a short and plain statement of the claim showing that the pleader is entitled to relief," and (3) "a

ORDER- 1

1  demand for the relief sought."  The form plaintiff used to file her proposed Complaint contains

2  much the same basic instructions.

3       It is unclear from the proposed Complaint what plaintiff is alleging occurred causing her

4  to file the instant lawsuit, who the defendants are, and what relief she is seeking.  Therefore

5  plaintiff shall file a proposed Amended Complaint within 14 days of entry of this Order which

6  includes:

7            (1) the basis for this Court's jurisdiction;

8            (2) a factual statement explaining who did what to whom and when such actions

9                occurred; and

10           (3) the relief she is seeking.

11 **Plaintiff is advised that failure to file the required written consent and proposed Amended**

12 **Complaint within 14 days of entry of this Order will result in the denial of her Application**

13 **to Proceed *In Forma Pauperis* and the dismissal of her Complaint.**

14      **IT IS SO ORDERED.**

15      The Clerk shall send uncertified copies of this order to all counsel of record, and to any

16 party appearing pro se.

17      Dated this 8th day of February, 2011.

18

19

20 RONALD B. LEIGHTON
   UNITED STATES DISTRICT JUDGE

21

22

23

24

ORDER- 2