# United States District Court

WESTERN DISTRICT OF WASHINGTON

JULAINE SOLOMON

v.

SOCIAL SECURITY

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C11-5114RBL

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

This case shall be **DISMISSED**.

| March 15, 2011 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk