HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JULIANE B. SOLOMON, | CASE NO. C11-5114RBL |
| Plaintiff, | ORDER |
| v. | |
| SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

THIS MATTER comes on before the above-entitled court upon Plaintiff's Application to Proceed *In Forma Pauperis* on Appeal [Dkt. #10]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Plaintiff filed a Notice of Appeal [Dkt. #9] apparently to this Court's Order [Dkt. #8] denying Plaintiff's Motion for Reconsideration [Dkt. #7] of the Order [Dkt. #5] dismissing Plaintiff's proposed Amended Complaint as frivolous pursuant to 28 U.S.C. § 1915(e). Plaintiff seeks to proceed *in forma pauperis* on appeal.

The underlying action was dismissed prior to service and after Plaintiff was given an opportunity to amend her deficient Complaint. The Amended Complaint was nonsensical and

ORDER- 1

1  frivolous.  There is no basis for an appeal.  Accordingly, the Application to Proceed *In Forma*

2  *Pauperis* on Appeal [Dkt. #10] is **DENIED.**  Fed. R. App. P. 23(a).

3  **IT IS SO ORDERED.**

4  The Clerk shall send uncertified copies of this order to any party appearing pro se and to

5  the United States Court of Appeals for the Ninth Circuit.

6  Dated this 10th day of May, 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER- 2